UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANNIE CAVALIER | § | CIVIL ACTION NO. |
| | § | |
| VERSUS | § | SECTION: |
| | § | JUDGE |
| NATIONSTAR MORTGAGE, LLC | § | |
| | § | MAGISTRATE DIVISION: |
| | § | MAG. JUDGE |

## NOTICE OF REMOVAL

Defendant, Nationstar Mortgage, LLC ("Nationstar"), fully reserving its right to object to service, jurisdiction, and venue, and without waiving any of its other defenses or objections, remove to this Court the civil action bearing the caption, *Annie Cavalier v. Nationstar Mortgage, LLC*, Docket No. 146657, pending in Division A of the 21st Judicial District Court for the Parish of Livingston, State of Louisiana (the "State Court Action"), as follows:

### INTRODUCTION

1. On October 15, 2014, Annie Cavalier ("Cavalier") filed her Petition for Damages and Temporary Restraining Order Suspending the Eviction of Plaintiff and/or Preliminary Injunction and/or Permanent Injunction, and/or For to Annul the Sheriff Sale and/or the Return of the Property (the "Petition") in the 21st Judicial District Court for the Parish of Orleans, State of Louisiana. In the Petition, Cavalier alleges the following causes of action related to an earlier foreclosure action involving immovable property in Livingston Parish, Louisiana in which Cavalier's immovable property was seized and sold via executory process: (1) violation of the Truth in Lending Act ("TILA"); (2) violation of the Real Estate Settlement Procedure Act; (3) violation of the Home Affordable Modification Act ("HAMP"); (4) violation of the duty of good faith and fair dealing; (5) violation of the Louisiana Unfair Trade Practices Act ("LUTPA"); (6) fraud; (7) wrongful seizure of property; (8) wrongful conversion of property; and (9) intentional

1299017.1

and negligent misrepresentations. Through the State Court Action, Cavalier is seeking the rescission of the sale of the immovable property and damages.

2. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the State Court Action are attached hereto as Exhibit "A."

## TIMELINESS OF REMOVAL

3. This notice of removal is timely under 28 U.S.C. § 1446(b) because it was filed within 30 days after the service of summons upon Nationstar. Nationstar was served with the Petition on October 24, 2014. (Exhibit A, *in globo*, Service Return).

## BASIS OF REMOVAL-FEDERAL QUESTION JURISDICTION

4. This Court has original jurisdiction over this action. The Petition filed by Cavalier asserts causes of action under three federal statutes, TILA, RESPA, and HAMP. (Exhibit A, Petition, ¶¶30, 50-55, 66(4)).

## SUPPLEMENTAL JURISDICTION

5. In the Petition, Cavalier alleges the following causes of action based on Louisiana law: (1) violation of the duty of good faith and fair dealing; (2) violation of the Louisiana Unfair Trade Practices Act ("LUTPA"); (3) fraud; (4) wrongful seizure of property; (5) wrongful conversion of property; and (6) intentional and negligent misrepresentations. The facts that allegedly support these causes of action are the same facts on which Cavalier bases her claims under TILA, RESPA, and HAMP. That is, Cavalier contends in the Petition that Nationstar's seizure and sale of the immovable property through executory process was improper, and that Nationstar misrepresented facts in the foreclosure proceeding, which is denied. (Exhibit A, Petition, ¶¶ 17, 23-27, 29, 36-37, 49-63, 66, 70).

6.   This Court has supplemental jurisdiction over Cavalier's state law claims asserted in the Petition in accordance with 28 U.S.C. §1367(a).  Here, the supplemental claims are so related to the federal statutory claims that they form part of the same case or controversy, that is, they "derive from a common nucleus of operative fact." *Mendoza v. Murphy*, 532 F.3d 342, 346 (5th Cir. 2008).

## VENUE

7.   Venue for this removal is proper to the United States District Court for the Middle District of Louisiana, as this district includes Livingston Parish, Louisiana, which is the location of the pending State Court Action.

## ADDITIONAL REQUIREMENTS

8.   A copy of the Notice of Removal is being sent to counsel of record for Cavalier and will be filed with the Clerk of Court for the 21st Judicial District Court for the Parish of Livingston.

WHEREFORE, Nationstar prays that the State Court Action be removed from the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, to the United States District Court for the Middle District of Louisiana.

Respectfully submitted, this 5th day of November, 2014.

**MCGLINCHEY STAFFORD, PLLC**

/s/  *Vicki A. Elmer*
Larry Feldman, Jr. (T.A.) (#05503)
Vicki A. Elmer (#28569)
12th Floor, 601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 596-2887
Facsimile: (504) 910-9426
Email:   lfeldman@mcglinchey.com
             velmer@mcglinchey.com

**Attorneys for Defendant Nationstar Mortgage, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on November 5, 2014, a copy of the above and foregoing has been forwarded by hand delivery, facsimile, electronic mail or placing same in the U.S. Mail, postage prepaid to the following counsel of record:

Michael Breeden
830 Union Street, Suite 300
New Orleans, Louisiana 70112
Facsimile: (504) 524-1066
mike@breeden-lawfirm.com

/s/    *Vicki A. Elmer*

1299017.1